File No. 76631-D13

CYNTHIA A. SATTER, ESQ. – ID No. 006151996
**LAW OFFICES OF STEPHEN E. GERTLER**
A Professional Corporation
Monmouth Shores Corporate Park
1340 Campus Parkway, Suite B4
P.O. Box 1447
Wall Township, New Jersey  07719
(732) 919-1110
Attorneys for Defendant: Juana Rosario

| | |
|---|---|
| MARIA PIEDRAHITA and ROSANNA LANTIGUA<br><br>Plaintiff(s),<br>vs.<br><br>CLASSIC BUS LINES, INC.<br>EZEQUIEL A. FUENTES GUEDES,<br>and JUANA ROSARIO<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**Consolidated**<br>**Civil Action**<br><br>2:20-cv-02592-KSH-CLW |
| JUANA ROSARIO<br><br>Plaintiff<br>v.<br><br>CLASSIC BUS LINES, INC<br>EZEQUIEL A. FUENTES GUEDES<br><br>Defendant | 2:19-cv-21840-KSH-CLW<br>(Lead Case)<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO DEFENDANT,<br>JUANA ROSARIO ONLY |

Plaintiffs, Maria Piedrahita and Rosanna Lantigua, hereby take a voluntary dismissal with prejudice of all claims advanced against Juana Rosario <u>ONLY</u>.

DATED:

LAW OFFICES OF STEPHEN E. GERTLER           EISBROUCH & MARSH

Attorneys for Defendant,                                          Attorneys for Plaintiffs,
Juana Rosario                                                           Maria Piedrahita and Rosanna Lantigua

By_____           By_____
     CYNTHIA A. SATTER, ESQ.                             DAVID L. EISBROUCH, ESQ.